PHILLIP A. TALBERT
Acting United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
ANGELA THORNTON-MILLARD, IA BAR 17922
Special Assistant United States Attorney
601 E 12th Street, Suite 965
Kansas City, MO 64106
Telephone: (816) 936-5931
Facsimile: (833) 950-3518
Email: Angela.Thornton-Millard@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LISA VILLEGAS, | Case No.: 1:21-cv-00354-BAM |
| Plaintiff, | STIPULATED MOTION TO REMAND AND ~~PROPOSED~~ ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS STIPULATED by and between Lisa Villegas (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings. On remand, the decision of the administrative law judge (ALJ) will be vacated. Plaintiff will have the opportunity to request a de novo hearing and submit additional evidence, and the agency will issue a new decision.

Stip. to Remand; 1:21-cv-00354-BAM

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted this 28th day of March, 2022.

Dated:  March 29, 2022             /s/  Brian C. Shapiro
                                   BRIAN C. SHAPIRO
                                   Attorney for Plaintiff
                                   *Authorized via e-mail on March 28, 2022

Dated:  March 29, 2022             PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   LISA A. THOMAS
                                   Regional Chief Counsel, Region VII
                                   Social Security Administration

                            By:    /s/ Angela Thornton-Millard
                                   ANGELA THORNTON-MILLARD
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant

## ORDER

Based upon the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g) ("Stipulation"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:  **March 29, 2022**             /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:21-cv-00354-BAM