1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA VILLEGAS,                          Case No.  1:21-cv-00354-BAM

12              Plaintiff,                    **ORDER REGARDING STIPULATION
                                             FOR THE AWARD AND PAYMENT OF
13        v.                                 ATTORNEY FEES AND EXPENSES
                                             PURSUANT TO THE EQUAL ACCESS TO
14   COMMISSIONER OF SOCIAL                  JUSTICE ACT, 28 U.S.C. § 2412(d)**
     SECURITY,
15                                           (Doc. 20)
              Defendant.
16

17

18        Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and

19   Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), filed

20   on April 13, 2022 (Doc. 20):

21        IT IS ORDERED that fees in the amount of two thousand one hundred dollars ($2,100.00)

22   as authorized by 28 U.S.C. § 2412, and no costs, be awarded subject to the terms of the

23   Stipulation.
     IT IS SO ORDERED.
24

25   Dated:   **April 14, 2022**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1